IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | CRIMINAL NO. 5:15-CR-5 MTT |
| v. | : | |
| | : | VIOLATION: 18 U.S.C. § 2252A(a)(5)(B) |
| JONATHAN D. VERNON | : | 18 U.S.C. § 2252A(a)(2)(A) |
| | : | 18 U.S.C. § 2252A(b)(2) |
| | : | 18 U.S.C. § 2252A(b)(1) |
| | : | 18 U.S.C. § 2253 |

THE GRAND JURY CHARGES:

### COUNT ONE
### (Possession of Child Pornography)

Between March 26, 2011 and June 28, 2011, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**JONATHAN D. VERNON,**

the defendant herein, did knowingly possess and access with intent to view, material which contains an image of child pornography, as defined in Title 18, United States Code, § 2256(8)(A), that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. In this violation the defendant possessed specifically, a 500GB Seagate Hard Drive, S/N: 2GE7Y8XP and a 250GB Western Digital External Hard Drive, S/N: WX50A5912724.

All in violation of Title 18, United States Code, §§ 2252A(a)(5)(B) and 2252A(b)(2).

### COUNT TWO
### (Distribution of Child Pornography)

Between March 26, 2011 and June 28, 2011, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

1

**JONATHAN D. VERNON,**

the defendant herein, did unlawfully and knowingly distribute child pornography, as defined in Title 18, United States Code, § 2256(8)(A), that has been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, §§ 2252A(a)(2)(A) and 2252A(b)(1).

## FORFEITURE NOTICE
### (18 U.S.C. § 2253 - Criminal Forfeiture)

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of the offense(s) in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2) set forth in Count One, and/or Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1) set forth in Counts Two and Three of this Indictment, the defendant, **JONATHAN D. VERNON,** shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 2253:

   (a) Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   (b) Any property, real or personal, constituting or traceable to gross profits or

    other proceeds obtained from the offense(s); and

 (c)  Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s), or any property traceable to such property.

The property to be forfeited includes, but is not limited to, the following:

 (a)  Any visual depictions of minors engaged in sexually explicit conduct, including but not limited to those visual depictions referred to in Counts One through Three;

 (b)  One (1) Lexar SD card, unknown serial number;

 (c)  One (1) Philips MP3 player, S/N: SA3025/37;

 (d)  One (1) 500GB Seagate Hard Drive, S/N: 2GE7Y8XP;

 (e)  One (1) Toshiba Hard Drive, S/N: 89JGFBCZS;

 (f)  One (1) Kingston thumb drive, S/N: CN030707;

 (g)  One (1) SanDisk thumb drive, S/N: SDCZ62048RB;

 (h)  One (1) HP thumb drive, S/N: 005SMKBT1;

 (i)  One (1) Bluetooth thumb drive, no serial number;

 (j)  One (1) Cruzer thumb drive, S/N: SDCZ4-4096;

 (k)  One (1) black Nokia flip mobile telephone with car charger;

 (l)  One (1) black Motorola touch screen mobile telephone with charger;

 (m)  One (1) 250GB Western Digital External Hard Drive, S/N: WX50A5912724;

 (n)  One (1) Gateway laptop computer with power cord, S/N: T0384V1008389;

(o) One (1) Acer laptop computer with power cord and attached thumb drive, S/N: LXPJV020029371F17D1601;

(p) One (1) Western Digital Hard Drive with power cord and USB cord, S/N: WCAM9L944790;

(q) Eight (8) loose compact disks;

(r) Six (6) compact disks in cases;

(s) Fifteen (15) compact disks in a bulk storage case;

(t) Thirty-two (32) compact disks in a bulk storage case;

(u) Thirty-nine (39) compact disks in a bulk storage case; and

(v) One (1) red/black CD case with thirty-two (32) compact disks.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

All pursuant to 18 United States Code § 2253.

A TRUE BILL.

/s/ Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

PRESENTED BY:
MICHAEL J. MOORE
UNITED STATES ATTORNEY

KIMBERLY S. EASTERLING
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this __11__ day of __February__ A.D. 20 __15__

Deputy Clerk