IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :    CRIM. NO. 5:15-CR-5 (MTT) |
| v. | : |
| | : |
| JONATHAN D. VERNON | : |
| _____ | : |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 16, 2016, and ending on July 15, 2016. (See Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 12, 2016, at Macon, Georgia.

                                                                      G.F. "PETE" PETERMAN, III
                                                                      UNITED STATES ATTORNEY

                            By:    s/Kristi A. Cote
                                    Asset Forfeiture Paralegal Specialist
                                    UNITED STATES ATTORNEY'S OFFICE
                                    Post Office Box 1702
                                    Macon, Georgia 31202-1702

## CERTIFICATE OF SERVICE

I, DANIAL E. BENNETT, Assistant United States Attorney, hereby certify that on this date, I electronically filed the within and foregoing **Declaration of Publication** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Keith E. Fitzgerald, Esq. at:
>keith.hogueandhogue@gmail.com
>Attorney for Defendant Jonathan D. Vernon

DATED, this 12th day of August, 2016.

>G.F. "PETE" PETERMAN, III
>UNITED STATES ATTORNEY

>By:  s/DANIAL E. BENNETT
>ASSISTANT UNITED STATES ATTORNEY
>GEORGIA STATE BAR NO.   052683
>UNITED STATES ATTORNEY'S OFFICE
>Post Office Box 1702
>Macon, Georgia 31202-1702
>Telephone: (478) 752-3511
>Facsimile: (478) 621-2712

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA, MACON DIVISION
# COURT CASE NUMBER: 5:15-CR-5 (MTT); NOTICE OF FORFEITURE

Notice is hereby given that on March 02, 2016, in the case of <u>U.S. v. Jonathan D. Vernon</u>, Court Case Number 5:15-CR-5 (MTT), the United States District Court for the Middle District of Georgia entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous Computer Equipment Ser No: Please see items list (11-FBI-008194), including the following items: 1 One Lexar SD card, Ser No: Unknown; 1 One Philips MP3 player,, Ser No: SA3025/37; 1 One 500GB Seagate hard drive,, Ser No: 2GE7Y8XP; 1 One Toshiba hard drive, Ser No: 89JGFBCZS; 1 One Kingston thumb drive, Ser No: CN030707; 1 One SanDisk thumb drive, Ser No: SDCZ62048RB; 1 One HP thumb drive, Ser No: 005SMKBT1; 1 One Blutooth thumb drive, Ser No: Unknown; 1 One Cruzer thumb drive, Ser No: SDCZ4-4096; 1 One black Nokia flip mobile telephone with car charger, Ser No: Unknown; 1 One black Motorola touch screen mobile telephone with charger, Ser No: Unknown; 1 One 250GB Western Digital External Hard Drive, Ser No: WX50A5912724; 1 One Gateway laptop computer with power cord, Ser No: T0384V1008389; 1 One Acer laptop computer with power cord and attached thumb drive, Ser No: LXPJV020029371F17D1601; 1 One Western Digital Hard Drive with power cord and USB cord, Ser No: WCAM9L944790; 8 Eight loose compact disks, Ser No: Unknown; 6 Six compact disks in cases, Ser No: Unknown; 15 Fifteen compact disks in a bulk storage case, Ser No: Unknown; 32 Thirty-two compact disks in a bulk storage case, Ser No: Unknown; 39 Thirty-nine compact disks in a bulk storage case, Ser No: Unknown; 1 One red/black CD case with thirty-two compact disks, Ser No: Unknown which was seized from Jonathan Daniel Vernon on June 28, 2011 at 211 Pine Needle Road A, located in Milledgeville, GA

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (June 16, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, United States District Court, Middle District of Georgia, 475 Mulberry Street, Macon, GA 31202, and a copy served upon Assistant United States Attorney Danial E. Bennett, Post Office Box 1702, Macon, GA 31202. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good

title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between June 16, 2016 and July 15, 2016. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Jonathan D. Vernon

**Court Case No:**   5:15-CR-5 (MTT)
**For Asset ID(s):**   See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 06/16/2016 | 23.7 | Verified |
| 2 | 06/17/2016 | 24.0 | Verified |
| 3 | 06/18/2016 | 24.0 | Verified |
| 4 | 06/19/2016 | 24.0 | Verified |
| 5 | 06/20/2016 | 24.0 | Verified |
| 6 | 06/21/2016 | 24.0 | Verified |
| 7 | 06/22/2016 | 23.9 | Verified |
| 8 | 06/23/2016 | 24.0 | Verified |
| 9 | 06/24/2016 | 24.0 | Verified |
| 10 | 06/25/2016 | 24.0 | Verified |
| 11 | 06/26/2016 | 24.0 | Verified |
| 12 | 06/27/2016 | 24.0 | Verified |
| 13 | 06/28/2016 | 24.0 | Verified |
| 14 | 06/29/2016 | 24.0 | Verified |
| 15 | 06/30/2016 | 24.0 | Verified |
| 16 | 07/01/2016 | 24.0 | Verified |
| 17 | 07/02/2016 | 24.0 | Verified |
| 18 | 07/03/2016 | 24.0 | Verified |
| 19 | 07/04/2016 | 24.0 | Verified |
| 20 | 07/05/2016 | 24.0 | Verified |
| 21 | 07/06/2016 | 24.0 | Verified |
| 22 | 07/07/2016 | 24.0 | Verified |
| 23 | 07/08/2016 | 24.0 | Verified |
| 24 | 07/09/2016 | 24.0 | Verified |
| 25 | 07/10/2016 | 24.0 | Verified |
| 26 | 07/11/2016 | 24.0 | Verified |
| 27 | 07/12/2016 | 24.0 | Verified |
| 28 | 07/13/2016 | 24.0 | Verified |
| 29 | 07/14/2016 | 24.0 | Verified |
| 30 | 07/15/2016 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.